# Court of Appeals
# of the State of Georgia

ATLANTA,___March 01, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1032.  CRYSTAL MOORE v. TIDEWATER FINANCE COMPANY.

Tidewater Finance Company sued Crystal Moore for breach of contract.  The trial court entered judgment in favor of Tidewater for $2,284.80 principal, $249.99 in interest, $278.47 in attorney fees, and court costs.  Moore appealed directly to this Court, but we lack jurisdiction.  When a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6).  Because Moore failed to follow the required procedure, her appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____03/01/2016_____
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.